IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLEVEN NEAL,
    Plaintiff,

v                                        CIVIL ACTION No 1:20-cv-328

COLONIAL TRAILWAYS,
    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 USC §§ 1331, 1441(a) and 1446(a), Defendant Colonial Trailways, Inc. gives notice of the removal of this action from the Circuit Court for Mobile County, Alabama to the United States District Court for the Southern District of Alabama, based on federal question jurisdiction. To support removal, Defendant states:

1. This action was filed on May 21, 2020 by plaintiff Cleven Neal, ("Neal") in the Circuit Court for Mobile County, Alabama, case number 02-CV-2020-901117.00, against Colonial Trailways alleging that:

- "Federal Law says that it is against federal laws to work in a hostile work place;" and

- "It is against Federal Law to work in a hostile work place."

("Motion to be Compensated," page 1 and page 2).[1] Although Neal has not identified which federal law or laws Colonial Trailways has allegedly violated, his "Motion to be Compensated"

---

[1] All of the documents filed with the Circuit Court for Mobile County, Alabama are attached as Exhibit 1. Plaintiff has framed his complaint as a "Motion to be Compensated," which does not contain numbered paragraphs for Defendant to reference. The statement that "Federal Law says that it is against federal laws to work in a hostile work place" is contained in the first sentence of the third paragraph on the first page of the "Motion to be Compensated." The statement that "it is against Federal Law to work in a hostile work place" is the last sentence on page two of the "Motion to be Compensated."

{1524652.1}

avers there has been a violation of federal law thus providing this Court with original jurisdiction.[2]  *See* 28 USC §§ 1331 and 1441(a).

2. Defendant was served on May 26, 2020.  This *Notice of Removal* is filed within thirty (30) days after service of the summons and the initial pleading setting forth Neal's claim against Defendant.  Accordingly, this *Notice of Removal* is timely under 28 USC § 1446(b).  A copy of the document evidencing the date of service on Colonial Trailways is included within Exhibit 1.

3. Colonial Trailways is the only defendant named in this action.

4. Pursuant to 28 USC § 1446(d), defendant Colonial Trailways has filed a copy of this *Notice of Removal* with the Circuit Court for Mobile County, Alabama and notified Neal of the removal by mailing a copy of this *Notice of Removal*, first class postage prepaid, to the address listed on the Motion to be Compensated.

Dated June 24, 2020.

    *s/ Elizabeth Darby Rehm*
Elizabeth Darby Rehm (REHME4348)
Attorney for Defendant, Colonial Trailways

OF COUNSEL:

JOHNSTONE ADAMS, LLC
Post Office Box 1988
Mobile, Alabama 36633
Telephone: (251) 441-9221
Facsimile: (251) 432-2800
edr@johnstoneadams.com

---

[2] Indeed, Neal never mentions state law is his "Motion to be Compensated."

{1524652.1}

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2020, I electronically filed a copy of the foregoing with the United States District Court for the Southern District of Alabama's CM/ECF system and certify a copy of the foregoing was mailed by U.S. certified mail, return receipt requested and by regular First Class U.S. Mail, postage prepaid, on the following party:

Cleven Neal
1716 Sandalwood Dr.
Mobile, AL 36618

                                            *s/ Elizabeth Darby Rehm*

{1524652.1}