

AlaFile E-Notice

02-CV-2020-901117.00

To: COLONIAL TRAILWAYS
2521 HALLS MILL ROAD
MOBILE, AL, 36606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CLEVEN NEAL V. COLONIAL TRAILWAYS
02-CV-2020-901117.00

The following complaint was FILED on 5/21/2020 1:39:04 PM

Notice Date:    5/21/2020 1:39:04 PM

Service by sheriff in 02 - MOBILE County

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**EXHIBIT 1**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2020-901117.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**CLEVEN NEAL V. COLONIAL TRAILWAYS**

**NOTICE TO:** COLONIAL TRAILWAYS, 2521 HALLS MILL ROAD, MOBILE, AL 36606

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Cleven Neal

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1716 Sandalwood Drive, Mobile, AL 36618

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✔] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 05/21/2020 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*     *(Name of County)*

Alabama on _____.
*(Date)*

_____                              _____
                                                                              *(Address of Server)*

_____          _____
*(Type of Process Server)*              *(Server's Signature)*

                                                    _____          _____
                                                    *(Server's Printed Name)*              *(Phone Number of Server)*


ELECTRONICALLY FILED
5/21/2020 1:34 PM
02-CV-2020-901117.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

Mobile County Circuit Court

Cleven Neal
Plaintiff

vs

Colonial Trailways
Defendant

## Motion to be Compensated

Your Honor, my name is Cleven Neal. I came within four days of being employed at Colonial Trailways for three years. I was wrongfully terminated, because my co-worker drew a knife out at me and threaten to kill me. There was no one there in management so I had no other choice but to call the police.

Your Honor, the incident happened on July twenty ninth two thousand ninteen, and was terminated the next day. I went to the majistrate office and signed a warrant for my co-worker arrest. As of today, it is yet an outstanding warrant.

Your Honor, Federal Law says that it is against federal laws to work in a hostile work place. There are camras all around the facility that will show that my co-worker was trying to come at me, but one of my other co-worker Calvin Lee prevented from attacking me. The co-worker who tried to attack me with a knife name Johnny Fletcher, and the Mobile Police Headquarters sent a Phot-lineup to the majistrate office.

Your Honor, I am asking the court to request all of the paperwork along with the stignography from the State of Alabama Board of Laborers, and it will show that I won my appeal after Colonial Trailways blocked me from receiving my unempoyment, I enclosed in this envelope the letter that I received from The State of Alabama Board of Appeals.

Your Honor, I contacted several lawyers to see if they could take my case and no one wanted to assist me in this matter, I placed in the envelope a response that I printed off my email address of one of the lawyers turning me down. I also contacted Volunteer lawyers of Mobile and Montgomery, and I also got in contact with the Bar Association and no one wanted to help me. This the reason why I am asking the Court permission for me to represent myself.

Your Honor, I have a voice recording on my cell phone of the conversation of me and my district mechanic the day he wrongfully terminated me.

Your Honor, I am seeking to be compensated for five hundred thousand dollars.
Your Honor, it is against Federal Law to work in a hostile work place.

CLERK ... COURT   MAY 21 2020

Cleven Neal
1716 Sandalwood Drive
Mobile, Alabama 36618

(251) 307-4947

vs

Colonial Trailways
2521 Halls Mill Road
Mobile, Alabama 36606

(251) 476-8687

Michael Easter   District Mechanic/ The one who wrongfully
                 terminated me



Affirmation

I  Cleven Neal  hereby state that all the information in this motion are accurate and true to the best of my knowledge.

_Wilhemina Davis_
Notary

_Clen Neal_
signature

2-27-2020
date

9/6/2023
my commission expires

CLERK OF THE COURT   MAY 21 2020



STATE OF ALABAMA
BOARD OF APPEALS
FOR
DEPARTMENT OF LABOR
MONTGOMERY, AL 36131

2020 FEB 28 AM 11:20
CLERK CIRCUIT COURT

**Place of Hearing:** Mobile
**A. T. Case No.** 005711AT19

**Date of Hearing:** November 22, 2019

## DECISION OF BOARD OF APPEALS

**In reclaim of**

Cleven O Neal
Former employee of
Colonial Trailways
Montgomery, AL

**Worker's Social Security Number**

xxx-xx-4586

**APPEARANCES:** Claimant with Attorney & Employer Representative.

**ISSUE(S):** Discharge from most recent bona fide work for actual or threatened deliberate misconduct committed in connection with work after previous warnings. Section 25-4-78(3)(b) Code of Alabama 1975

**FINDINGS:** The claimant worked for the above listed employer from August 1,2016 until July 29, 2019 as a shop helper. The claimant was terminated for violating the employer's violence in the workplace policy. The employer testified the claimant cursed and physically held a co-worker violating company policy. The claimant testified that this happened because the coworker pulled a knife on him and threaten to use it. When other workers arrived on the scene the claimant immediately called the police to report the incident.

**CONCLUSIONS:** The employer representative did not dispute this testimony. While the board thought the claimant to be the ideal employee, it also determined the claimant had the right to defend himself from the co-worker's threat of bodily harm.

**DECISION:** The disqualification under Section 25-4-78(3)(b) is removed and the claimant is eligible for benefits. The employers experience rating is chargeable for this period of employment.

Form AA-10

**STATE BOARD OF APPEALS**
**ALABAMA DEPARTMENT OF LABOR**
**MONTGOMERY, ALABAMA 36131**

### TRANSMITTAL OF DECISION OF BOARD OF APPEALS

Date: 12/13/2019

A.T. CASE NO. 05711AT19
S.S. NO: 4586

CLAIMANT:

CLEVEN O NEAL
PO BOX 306
CALVERT, AL 36513

EMPLOYER:

COLONIAL TRILWAYS
520 N COURT STREET
MONTGOMERY, AL 36104-2564

Enclosed is a copy of the decision of the Board of Appeals in this case. Any Appeal from this decision to Circuit Court **must** comply with the following pertinent provisions of the Alabama Unemployment Compensation Law:

§ 25-4-94. Any decision of the Board of Appeals, in the absence of an appeal therefrom as provided in this article, shall become final 10 days after the date notification thereof shall have been mailed, postage prepaid, to the parties to the proceeding, at their last known addresses. The Director shall be deemed to be a party to all such proceedings and to any judicial action involving any such decision.

§ 25-4-95. Appeals from final decisions of the Board of Appeals or appeals tribunal.--Within 30 days after the decision of the Board of Appeals has become final, any party to the proceeding including the director who claims to be aggrieved by the decision may secure a judicial review thereof by filing a notice of appeal in the Circuit Court of the County of the residence of the Claimant; except, that if the Claimant does not reside in this state at the time the appeal is taken, the notice of appeal shall be filed in the Circuit of the county in this state in which the Claimant last resided, or in the Circuit Court of the county in this state wherein the Claimant last worked. In such action, the notice of appeal need not be verified, but shall state the grounds upon which a review is sought. A copy shall be served upon the Director or upon such person as the Director may designate (and for the purpose hereof, mailing a copy addressed to the Director at Montgomery by registered or certified mail shall be deemed service on the Director), and such service shall be deemed completed service on all parties, but there shall be left with the parties so served as many copies of the notice of appeal as there are defendants, and the Director shall forth with mail one copy to each defendant.

§ 25-4-96. Procedure exclusive.--The Procedure provided in this article for the making of determinations with respect to claims for unemployment compensation benefits and for appealing from such determination shall be exclusive.

Claimant
Employer
Local Office – MOBILE
Appeals Folder
Attorney

Gage Pregno
Board of Appeals Officer

Done this **13th** Day of **December 2019.**
And service made on parties of interest
this date VIA U. S. Mail.

Certified a true and correct copy:

Gage Pregno
Board of Appeals Officer

_____
CHAIRMAN

_____
ASSOCIATE MEMBER

Frank D. Marsh
_____
ASSOCIATE MEMBER

2020 FEB 28 AM 11:20
CLERK CIRCUIT COURT



9 of 16,803

Your Potential Claim(s)   Inbox x

Contact contact@wmalabamalaw.com via wmalabamalaw.onmicrosoft.com
to

Sep 17, 2019, 8:53 AM

## WRADY MICHEL & KING
### ATTORNEYS & COUNSELORS

We hope this correspondence finds you doing well. Thank you for contacting us regarding your recent Unfortunately, after reviewing the information you provided, we have determined that we are unable to re you at this time. Please be advised that we will not be taking any further action with regard to the above re matter.

Please do not take our decision not to pursue this matter on your behalf as a sign that you should not p matter with other representation. Please note that any claim(s) you may have are subject to an applicable limitations. This is a set date by which you must file your claim(s) with the appropriate state or fede otherwise you will lose the right to pursue your claim(s). We urge you to speak with another attorney a possible if you wish to pursue this matter further. Should you need assistance locating an Attorney who assist you better, please contact the Alabama Lawyer Referral Service at 1 (800) 392-5660.

Again, thank you for contacting our firm, and if you are ever in need of future legal assistance, plea hesitate to contact us.



DOCUMENT 71

Revised 4-1-99; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| _____ | * |
| | * |
| | * |
| _____ | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. _____ |
| vs. | * |
| | * |
| _____ | * |
| | * |
| _____ | * |
| Defendant. | * |

### GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

**1.   EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE GENERALLY**

a.   Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.   Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.   Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

**2.   DOCTOR, HOSPITAL AND MEDICAL EXPENSES**

a.   If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.   Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.   The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.  **SPECIAL DAMAGES**

   a.   All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

   b.   Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4.  **AGENCY-TIME AND PLACE-DUTY**

   a.   Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.  **EXPERTS**

   a.   Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

   b.   Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

   c.   Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

   d.   Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.  **DISCOVERY**

   Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7.  **JURY INSTRUCTIONS**

   If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8.  **JURY SELECTION**

   Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

### 9. DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

### 10. MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

### 11. CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____, 20____.

Presiding Judge John R. Lockett



# Mobile County Sheriff's Office

## CV 2020 901117. 00

## CLEVEN NEAL VS COLONIAL TRAILWAYS

## COMPLAINT-SUMMONS

## COLONIAL TRAILWAYS (D001)

## 2521 HALLS MILL ROAD MOBILE, AL 36606

Due By:

Date Served:  05/26/2020

Service Attempt:

| | | | |
|---|---|---|---|
| Action: | ☐ Service Attempt | ☒ Paper Served | ☐ Drop Deputized |
| No Contact: | ☐ Left Card | ☐ Other (see notes) | |
| Not Found: | ☐ Moved - New Residence | ☐ Moved - Unknown Location | ☐ Deceased  ☐ Vacant Residence / Lot |
| | ☐ Not Employed | ☐ NIT (Not in Territory) | ☐ RWA (Recalled W/O Action)  ☐ CTO (Come to Office) |
| | ☐ Other (see notes) | ☐ No Property Found | ☐ Address Does Not Exist |
| | ☐ Subject Unknown at this Address | ☐ Not Found After Diligent Search | |
| | ☐ Not Found-Too Late For Service | ☐ Not Found-Deputy Not Allowed on Property | |

Served To:   EMMA BRACKETT/CR                Location Served:   ☒ Listed    ☐ Other

Deputized Person:                                Location:

Notes:

☐ Avoiding Service   ☐ Deputized Person   ☐ Posted on Property   ☐ Executed   ☐ Refused Service

I certify that I personally delivered to COLONIAL TRAILWAYS on 05/26/2020 by service on EMMA BRACKETT/CR

By: *[signature]*                    D.S. Copy mailed to defendant on _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter