# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CLEVEN NEAL,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-00328-KD-B |
| **COLONIAL TRAILWAYS,** | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 18) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court and Defendant Colonial Trailway's Motion to Dismiss (doc. 3) is DENIED.

Plaintiff **Cleven Neal** is **ORDERED** to file and serve, on or before **November 15, 2020,** an amended complaint that conforms to the pleading standards outlined in the Report and Recommendation, that specifically identifies the claims Neal is attempting to assert, and that specifically identifies any federal laws under which those claims are brought.

The Clerk is directed to mail a copy of this order and a copy of the Court's Pro se Litigant Guide to Plaintiff Neal.

DONE and ORDERED this the 15th day of October 2020.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
CHIEF UNITED STATES DISTRICT JUDGE